# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>JAMES WILLIAM LULL<br><br>                Debtor. | Case No: 06-00898<br>Chapter 7 |
| KAPAA 160, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES WILLIAM LULL,<br><br>                Defendant. | Adv. Pro. No. 07-90039 |
| KAUAI LEASE & LOAN, LTD.,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES WILLIAM LULL,<br><br>                Defendant. | Adv. Pro. No. 07-90040 |

**MEMORANDUM CONCERNING**
**ABATEMENT OF ADVERSARY PROCEEDINGS**

These adversary proceedings in bankruptcy seek determinations that certain alleged debts of Defendant James William Lull ("Lull") are not dischargeable in bankruptcy. Lull is the debtor in the underlying Chapter 7 bankruptcy case. The trustee in bankruptcy in the Lull bankruptcy case is plaintiff in an adversary proceeding seeking to deny to Lull a discharge of all debts which might be discharged in his bankruptcy case. That adversary proceeding is <u>Kotoshirodo v. Lull</u>, No. 07-90033, United States Bankruptcy Court, District of Hawaii. ("<u>Kotoshirodo v. Lull</u>") Trial of that adversary proceeding is currently set for June 2, 2008.

Until final judgment in the trustee's complaint objecting to discharge, it is impossible to know whether or not it will be necessary to litigate the adversary proceedings which are the subject of this memorandum. If the trustee obtains a judgment denying a discharge in bankruptcy to Lull, it will not be necessary to contest these adversary proceedings. If Lull prevails in the trustee's lawsuit, it will be necessary for the parties to litigate these adversary proceedings.

Therefore, an order of abatement will be entered as to both of the subject adversary proceedings. Because of the abatement, there will be no ruling on Lull's pending motions to dismiss. Upon resolution of <u>Kotoshirodo v. Lull,</u> or further order, the court will give notice to the parties in these adversary

U.S. Bankruptcy Court - Hawaii #07-90039 Dkt # 21 Filed 10/26/07 Page 2 of 4

proceedings as to what further actions, if any, will be necessary.

Dated: Honolulu, Hawaii, _____OCT 2 5 2007_____.

*/s/ Lloyd King*
Lloyd King
United States Bankruptcy Judge

U.S. Bankruptcy Court - Hawaii   #07-90039   Dkt # 21   Filed 10/26/07   Page 3 of 4

Notice List:

Robert G. Frame, Esq.
Michael J. Nakano, Esq.
Frame & Nakano
Four Waterfront Plaza
500 Ala Moana Blvd. Suite 575
Honolulu, Hawaii 96813

Attorneys for Plaintiff

James William Lull
10447 S.E. 24th Place
Bellevue, Washington 98004

Defendant, *pro se*

Ronald K. Kotoshirodo
76 N. King Street, Suite 209
Honolulu, Hawaii 96817

Trustee

Cuyler Shaw, Esq.
Miranda Tsai, Esq.
Ashford & Wriston
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, Hawaii 96813

Attorneys for the Trustee

U.S. Bankruptcy Court - Hawaii   #07-90039   Dkt # 21   Filed 10/26/07   Page 4 of 4